UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RACHEL M. WEST, | ) |
| | ) |
| Plaintiff, | )  3:19-CV-00435-DCLC-HBG |
| | ) |
| vs. | ) |
| | ) |
| ANDREW M. SAUL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge dated February 4, 2021 [Doc. 19]. In the R&R, the magistrate judge recommends that Plaintiff's Motion for Summary Judgment [Doc. 15] be denied and Defendant's Motion for Summary Judgment [Doc. 17] be granted. Plaintiff did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes all the issues Plaintiff presented challenging the Commissioner's decision denying her disability benefits. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 19] is **ADOPTED** and **APPROVED**, that Plaintiff's Motion for Summary Judgment [Doc. 15] is **DENIED**, and that Defendant's Motion for Summary Judgment [Doc. 17] is **GRANTED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Federal Rule of Civil Procedure 72(b) results in waiver of the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

1